UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Vivian Newson – 1:23-cv-00068

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Case Management Order No. 28, that Plaintiff's claims against all Defendants shall be dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 4, 2025

| | |
|---|---|
| */s/ Joseph J. Cappelli* | */s/ Andrea R. Pierson* |
| Joseph J. Cappelli | Andrea Roberts Pierson |
| Marc J. Bern & Partners LLP | Faegre Drinker Biddle & Reath LLP |
| 60 E. 42nd St., Ste. 1400 | 300 North Meridian Street, Suite 2500 |
| New York, NY 10165 | Indianapolis, Indiana 46204 |
| | Telephone: (317) 237-0300 |
| *Attorneys for Plaintiff* | Facsimile: (317) 237-1000 |
| | Email: andrea.pierson@faegredrinker.com |
| | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 4, 2025, a true and accurate copy of the foregoing document was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system upon all registered Parties.

*/s/ Andrea Roberts Pierson*